No. 07-20-00014-CR

| Cedric Dewayne McNeal | § | From the 181st District Court |
|---|---|---|
| Appellant | | of Potter County |
| | § | |
| v. | | January 8, 2021 |
| | § | |
| The State of Texas | | Opinion by Chief Justice Quinn |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 8, 2021, it is ordered, adjudged, and decreed that the judgment of the trial court be modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o